No. 75–491. UNITED STATES *v.* AGURS. C. A. D. C. Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 73–1750. PITT COUNTY TRANSPORTATION Co. *v.* CAROLINA FREIGHT CARRIERS CORP. ET AL. C. A. 4th Cir. Certiorari denied.

No. 74–973. JONES TRUCK LINES, INC. *v.* RYDER TRUCK LINES, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 74–6691. LERNER *v.* MULLEN, WARDEN. C. A. 1st Cir. Certiorari denied.

No. 75–137. GRUBB *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.